690 A.2d 234

COMMONWEALTH of Pennsylvania, Appellee,

v.

Gary L. KRETCHMAR, Appellant.

Supreme Court of Pennsylvania.

Submitted Nov. 19, 1996.

Decided March 25, 1997.

Michael S. Goodwin, New Britain, for Gary L. Kretchmar.

Alan M. Rubenstein, Doylestown, for Commonwealth.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

AND NOW, this 25th day of March, 1997, the above captioned case is hereby dismissed as having been improvidently granted.